IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

Case No.: 1:05-CV-00342

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

    Plaintiffs,

v.

WANDA HARRISON,

    Defendant.

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Wanda Harrison, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Wanda Harrison has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Wanda Harrison hereby is entered.

DATED: February 14, 2006      BY: s/JoanGosnell
                                                     Deputy Clerk