UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 1:05-CV-00342

SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,

           Plaintiffs,

v.

WANDA HARRISON,

           Defendant.

## DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS MATTER** is before the Court on the Plaintiffs' Motion For Default Judgment.

Defendant having previously been found in default,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion for Default Judgment is **ALLOWED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that:

Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the sixteen sound recordings listed in Exhibit A to the Complaint. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs'

1

copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Eleven Thousand Seven Hundred Fifty Dollars ($11,750.00).]

Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Seventy Five Dollars. ($ 375.00).

Defendant further shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "I'd Rather," on album "Luther Vandross," by artist "Luther Vandross" (SR# 298-047);
- "Paradise," on album "Stronger Than Pride," by artist "Sade" (SR# 93-822);
- "I Don't Ever Want to See You Again," on album "Uncle Sam," by artist "Uncle Sam" (SR# 252-008);
- "Seven Days," on album "Share My World," by artist "Mary J. Blige" (SR# 238-818);
- "Express Yourself," on album "Like a Prayer," by artist "Madonna" (SR# 106-808);
- "Why Does It Hurt So Bad," on album "Waiting to Exhale Soundtrack," by artist "Whitney Houston" (SR# 219-539);
- "Silly Ho," on album "Fanmail," by artist "TLC" (SR# 298-454);
- "Don't Tell Me," on album "Music," by artist "Madonna" (SR# 285-828);
- "Come and Talk to Me," on album "Forever My Lady," by artist "Jodeci" (SR# 129-912);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs'

Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Signed: August 8, 2006

Lacy H. Thornburg
United States District Judge